No. 68898.—Samaurice Import Co., Inc. v. United States, protest 64/8568 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 24, 1964

No. 68899.—Langfelder, Homma & Carroll, Inc. v. United States, protest 59/3933 (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 68900.—Polk's Model Craft Hobbies, Inc. v. United States, protests 60/24993, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.